Filing # 130041271 E-Filed 07/04/2021 03:37:36 PM

# IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT IN AND FOR VOLUSIA COUNTY

CASE NO:

JOHN GARCIA,

    Plaintiff,

vs.

COCA-COLA BEVERAGES, FLORIDA LLC.,

    Defendant.

_____ /

## COMPLAINT

COMES NOW Plaintiff, **JOHN GARCIA**, and sues Defendant, **COCA-COLA BEVERAGES, FLORIDA LLC.**, and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, **JOHN GARCIA**, is a natural person residing in Volusia County, Florida.

3. At all times material to this action, **COCA-COLA BEVERAGES, FLORIDA LLC**, is a Foreign Corporation licensed to do business in Daytona Beach, Florida in the State of Florida.

4. At all times material hereto, Defendant **COCA-COLA BEVERAGES, FLORIDA LLC,** was the owner of the Coca-Cola vending machine located at Ocean Center located at 101 N. Atlantic Ave, Daytona Beach, Florida.

5. On or about August 1, 2019, Plaintiff, **JOHN GARCIA** was a licensee moving the Coca-Cola vending machine, owned by the Defendant, when one of the wheels came off the vending machine.

6. At said time and place, Plaintiff, **JOHN GARCIA**, was a licensee lawfully upon the premise, the Defendant owed Plaintiff, **JOHN GARCIA,** a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant **COCA-COLA BEVERAGES, FLORIDA LLC,** breached its duty owed to Plaintiff **JOHN GARCIA**, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the vending machines located at 101 N. Atlantic Ave, Daytona Beach, Florida, thus creating a hazardous condition to licensee and members of the public, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b. Negligently failing to inspect or adequately inspect the wheels on the Coca-Cola vending machine located at 101 N. Atlantic Ave, Daytona Beach, Florida, as specified above, to ascertain whether the wheels on the vending machines were secured to the vending machines, failure to inspect the wheels, constituted a hazard to licensees and business invitees, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

2

   c. Negligently failing to inspect or adequately warn the Plaintiff of the danger of the loose wheels on the Coca-Cola vending machine, when the Defendant knew or through the exercise of reasonable care should have known that said wheels were loose and it was unreasonably dangerous and that Plaintiff was unaware of same; and

   d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the loose wheels on the Defendant's vending machine, when said condition was either known to the Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff, **JOHN GARCIA,** was visiting stocking the Defendant's vending machines, while he was stocking the vending machine, one of the wheels came loose causing the vending machine to fall onto the Plaintiff, **JOHN GARCIA,** causing him to sustain injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff, **JOHN GARCIA,** suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff, **JOHN GARCIA,** will suffer the losses in the future.

WHEREFORE, the Plaintiff, **JOHN GARCIA,** sues the Defendant, **COCA-COLA BEVERAGES, FLORIDA LLC,** for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 4th day of July, 2021

/s/ Lina M. Lopez
LINA M. LOPEZ, ESQUIRE
FBN: 0610542
Morgan & Morgan, P.A.
444 Seabreeze Blvd, Suite 100
Daytona Beach, FL 32118
Telephone Phone: (386) 947-9959
Facsimile: (386) 281-4784
Primary email: LLopez@forthepeople.com
Secondary email: mvogel@forthepeople.com
Attorneys for Plaintiff